# United States District Court

WESTERN DISTRICT OF WASHINGTON

Tyson J. Spring

      v.

Marc L. Rousso

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 08-CV-00004

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

It is hereby ordered and adjudged that the bankruptcy appeal in the above-entitled matter is DISMISSED pursuant to Creditor-Appellee's motion.

    March 10, 2008

BRUCE RIFKIN
Clerk

_____s/ MARY DUETT_____
Deputy Clerk